No. 375, Misc. MICHAELS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 377, Misc. HOBBS v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 379, Misc. WADLEY v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 380, Misc. HALL v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 383, Misc. McCANNA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Richard E. Moot* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 384, Misc. YOUNG v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 386, Misc. BONOMO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 388, Misc. EVANS v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 392, Misc. ANDERSON v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Michael F. Dillon* for respondent.

No. 396, Misc. BANTON v. KENTUCKY. Ct. App. Ky. Certiorari denied.